FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 0 2 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WELLS FARGO FUNDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | NO.: 1:09-CV-01586-RWS |
| ) | |
| AME FINANCIAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It appearing to the Court that on January 18, 2010, Defendant AME Financial Corporation filed for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the Northern District of Georgia,

IT IS THEREFORE ORDERED that these proceedings are stayed pending a final disposition of this claim in the bankruptcy action.

SO ORDERED this 1st day of Feb., 2010.

_____
Honorable Richard W. Story
Judge, United States District
Court Northern District of Georgia