FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 26 2010

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WELLS FARGO FUNDING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AME FINANCIAL CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION FILE <br> NO.: 1:09-CV-01586-RWS |

### ORDER

Having read and considered Megan Mathews Noble's Motion to Withdraw as Associate Counsel With Notice of Substitution for Plaintiff Wells Fargo Funding, Inc.;

IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED, this __25TH__ day of __October__, 2010.

_____
Honorable Richard W. Story
Judge, United States District
Court Northern District of Georgia

2771324/1
5168-71857