IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WELLS FARGO FUNDING, INC.,         :
                                    :
    Plaintiff,                      :   CIVIL ACTION NO.
                                    :   1:09-CV-1586-AT
v.                                  :
                                    :
AME FINANCIAL CORPORATION,          :
                                    :
    Defendant.                      :
                                    :

## ORDER

The complaint in this action was filed on June 12, 2009; on January 18, 2010, the defendant AME Financial Corporation filed for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the Northern District of Georgia. On February 10, 2010, the court granted the plaintiff Wells Fargo Funding, Inc.'s motion to stay the proceedings in this action pending final disposition of the claim in the bankruptcy action. On April 4, 2011, counsel for the plaintiff informed the court that the bankruptcy action is still pending, with no discharge or dismissal having been issued to date. As the bankruptcy action has currently been pending for 15 months and this case has been stayed for 14 months, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE[1] this action. The

---

[1] Administrative closure of a case is a docket control device used by the Court for statistical purposes. This order does not prejudice the rights of the parties to litigation in any manner.

AO 72A
(Rev.8/82)

plaintiff may move to reopen the action upon disposition of the bankruptcy action.

**SO ORDERED**, this 19th day of April, 2011.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)